```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIO CESAR GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>           Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>JULIO CESAR GARCIA,            )<br>                               )<br>           Defendant.          )<br>_____)| No. 2:06-cr-0315 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  October 6, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel fo Defendant as follows:

The above case was scheduled for status conference on September 8, 2006, but was dropped from calendar and continued to October 6, 2006, at the request of the defense in order to permit review of discovery and initial investigation of the case.

A contemporaneous stipulation and order reflecting the continuance

and exclusion of time under the Speedy Trial Act was inadvertently not filed by defense counsel who had agreed with government counsel and this court's deputy clerk that he would do so.

It is therefore FURTHER STIPULATED that pursuant to the agreement of the parties at the time the case was continued, time for trial under the Speedy Trial Act is excluded from September 8, 2006, through October 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time to prepare).

IT IS SO STIPULATED.

Dated: October 5, 2006        /S/ Mary Grad
                              MARY GRAD
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: October 5, 2006        /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JULIO CESAR GARCIA

O R D E R

IT IS SO ORDERED

Dated:  October 5, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stipulation and Order                -2-