DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIO CESAR GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0315 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| JULIO CESAR GARCIA, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 6, 2006 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for October 6, 2006, be continued at the request of the defense in order to permit further investigation and review of the case until November 3, 2006.

    It is FURTHER STIPULATED that time for trial under the Speedy Trial Act is excluded from October 6, 2006, through November 3, 2006, pursuant to

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time to prepare).

2      IT IS SO STIPULATED.

4  Dated: October 5, 2006        /S/ Mary Grad
                                            MARY GRAD
                                            Assistant United States Attorney
                                            Counsel for Plaintiff

7  Dated: October 5, 2006        /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JULIO CESAR GARCIA

11                              O R D E R

12      IT IS SO ORDERED

13  Dated:  October 5, 2006

15                                          /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge