```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JULIO CESAR GARCIA

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>JULIO CESAR GARCIA,          )<br>                             )<br>           Defendant.        )<br>_____) | No. 2:06-cr-0315 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  January 12, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for January 12, 2007, be continued until February 9, 2007 at 9:00 a.m. at the request of the defense, in order to permit further negotiations regarding resolution of the case. Negotiations had been in progress with Assistant United States Attorney Mary Grad, but she has been away from the office and unavailable to

1  complete those discussions due to a family emergency.

2      The court is advised that this matter was previously continued to
3  January 12, 2007, from December 15, 2006, by stipulated agreement of
4  counsel and with an oral agreement as to exclusion of time.  A written
5  confirmation of the continuance and exclusion of time understanding was
6  inadvertently not filed with the court.

7      It is **THEREFORE STIPULATED** that time for trial under the Speedy
8  Trial Act is excluded from December 15, 2006, through February 9, 2007
9  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time
10 to prepare).

11     **IT IS SO STIPULATED**.

12

13 Dated: January 11, 2007           /S/ Richard Bender for Mary Grad
                                    RICHARD J. BENDER
14                                  MARY GRAD
                                    Assistant United States Attorneys
15                                  Counsel for Plaintiff

16

17 Dated: January 11, 2007           /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
18                                  Assistant Federal Defender
                                    Attorney for Defendant
19                                  JULIO CESAR GARCIA

20
                              **O R D E R**
21
       **IT IS SO ORDERED**
22
                   By the Court,
23

24 Dated:  January 12, 2007
25
26                                  _____
                                    GARLAND E. BURRELL, JR.
27                                  United States District Judge

28


Stipulation and Order              -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                    -3-