DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIO CESAR GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>            )<br>     Plaintiff,    )<br>            )<br>   v.         )<br>            )<br>JULIO CESAR GARCIA,    )<br>            )<br>     Defendant.    )<br>_____ ) | No. 2:06-cr-0315 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  February 9, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for February 9, 2007, be continued until February 23, 2007 at 9:00 a.m. at the request of the defense, in order to permit further negotiations regarding resolution of the case. Negotiations had been in progress with Assistant United States Attorney Mary Grad, but she has been away from her office and unavailable to

1  complete those discussions due to a family emergency and has returned
2  only this week.
3      It is **THEREFORE STIPULATED** that time for trial under the Speedy
4  Trial Act is excluded from February 9, 2007, through February 23, 2007
5  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time
6  to prepare).
7      **IT IS SO STIPULATED.**

Dated: February 7, 2007                /S/ Mary Grad
                                       MARY GRAD
                                       Assistant United States Attorneys
                                       Counsel for Plaintiff

Dated: February 7, 2007                /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JULIO CESAR GARCIA

**O R D E R**

**IT IS SO ORDERED**

                By the Court,

Dated: February  8 , 2007              _____
                                       Hon. Garland E. Burrell, Jr.
                                       United States District Court

Stipulation and Order           -2-