DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIO CESAR GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0315 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| JULIO CESAR GARCIA, | ) | |
| | ) | |
| Defendant. | ) | Date:  March 16, 2007 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for February 23, 2007, be continued until March 16, 2007 at 9:00 a.m. at the request of the defense, in order to permit further negotiations regarding resolution of the case.  Negotiations had been in progress with Assistant United States Attorney Mary Grad, but a further meeting that will likely affect terms of the agreement

1  and of sentencing factors is contemplated.
2      It is **THEREFORE STIPULATED** that time for trial under the Speedy
3  Trial Act is excluded from February 23 2007, through March 16, 2007
4  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time
5  to prepare).
6      **IT IS SO STIPULATED.**

8  Dated: March 13, 2007          /S/ Mary Grad
                                  MARY GRAD
9                                 Assistant United States Attorneys
                                  Counsel for Plaintiff

11
   Dated: March 13, 2007          /S/ Jeffrey L. Staniels
12                                JEFFREY L. STANIELS
                                  Assistant Federal Defender
13                                Attorney for Defendant
                                  JULIO CESAR GARCIA

15                              **O R D E R**
16      **IT IS SO ORDERED**
17              By the Court,
18  Dated: March 13, 2007

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation and Order             -2-