DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO CESAR GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0315 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| JULIO CESAR GARCIA, ) | |
| ) | |
| Defendant. ) | Date:  March 16, 2007 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for March 16, 2007, be continued until April 6, 2007 at 9:00 a.m. at the request of the defense, in order to permit further negotiations regarding resolution of the case.  Negotiations had been in progress with Assistant United States Attorney Mary Grad, but a further meeting that will likely affect terms of the agreement

1  and of sentencing factors is in the process of being scheduled.

2      It is **THEREFORE STIPULATED** that time for trial under the Speedy
3  Trial Act is excluded from March 16, 2007, through April 6, 2007,
4  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time
5  to prepare).

6      **IT IS SO STIPULATED.**

8  Dated: March 14, 2007          /S/ Mary Grad
                                  MARY GRAD
9                                 Assistant United States Attorneys
                                  Counsel for Plaintiff

11
12  Dated: March 14, 2007          /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
13                                 Attorney for Defendant
                                   JULIO CESAR GARCIA

15                              **O R D E R**

16      **IT IS SO ORDERED**

17              By the Court,

19  Dated:  March 15, 2007

21                              GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order           -2-