DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIO CESAR GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0315 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| JULIO CESAR GARCIA, | ) | |
| | ) | |
| Defendant. | ) | Date:  April 6, 2007 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that status conference on scheduled for April 6, 2007, be continued until April 20, 2007 at 9:00 a.m. at the request of the defense, in order to permit further negotiations regarding resolution of the case.  Negotiations had been in progress with Assistant United States Attorney Mary Grad. A telephonic meeting expected to facilitate resolution has occurred and

1 a proposed plea agreement must be discussed with the defendant.

2      It is **THEREFORE STIPULATED** that time for trial under the Speedy
3 Trial Act is excluded from April 6, 2007, through April 20, 2007,
4 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time
5 to prepare).

6      **IT IS SO STIPULATED.**

7

8 Dated: April 5, 2007                    /S/ Mary Grad
                                         MARY GRAD
9                                        Assistant United States Attorneys
                                         Counsel for Plaintiff
10

11
   Dated: April 5, 2007                   /S/ Jeffrey L. Staniels
12                                       JEFFREY L. STANIELS
                                         Assistant Federal Defender
13                                       Attorney for Defendant
                                         JULIO CESAR GARCIA
14

15                            **O R D E R**

16      **IT IS SO ORDERED**

17                    By the Court,

18 Dated:  April 9, 2007

19
                              _____
20                            GARLAND E. BURRELL, JR.
                              United States District Judge
21

22

23

24

25

26

27

28

Stipulation and Order                -2-